**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUN 1 0 2026

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )      No.
v.                                 )
                                   )      4:26CR271 ZMB NCC
                                   )
JORGE OLIVAS- GONZALES,            )
                                   )
                Defendant.         )

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about May 30, 2026, in the Eastern District of Missouri, the defendant,

**JORGE OLIVAS- GONZALES,**

an alien, was found in the United States after having been removed therefrom to Mexico,

subsequent to a conviction of an aggravated felony, without having obtained the express consent

of the Attorney General of the United States or the Secretary of Homeland Security to reapply for

admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
Kyle T. Bateman, #996646DC
Assistant United States Attorney